■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN JENNETTE, Appellant. [18 NYS3d 532]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Miriam Best, J.), rendered on or about June 13, 2014, said appeal having

been argued by counsel for the respective parties, due delibera-tion having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so ap-pealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Andrias, Gische and Kapnick, JJ.